UNITED STATES BANKRUPTCY COURT  Return Date: April 28, 2010
SOUTHERN DISTRICT OF NEW YORK  Return Time: 10 am

---------------------------------------x
Re:                                                                              Chapter 13
Carline and Louis Mathieu

                              Debtors                                      Case No. 09-22935
---------------------------------------x

## ATTORNEY'S AFFIRMATION OF SERVICES

1. I am an attorney duly admitted to practice in the State of New York and in the Southern District of New York and I submit this Affirmation in support of for Approval of additional fees under penalty of perjury.

2. On June 1, 2009, the debtors filed a voluntary petition for protection under Chapter 13 of the bankruptcy code.

3. This application is made by the applicant for a first allowance of compensation for professional services rendered for and on behalf of the debtor for the period 6/23/2009 through 2/17/2010 (the "Period"). In addition, Applicant seeks reimbursement for actual and necessary costs incurred during the Period, to be paid through the debtors plan.

4. Applicant seeks an allowance of fees of $ 3,619.00 the documentation for which is set forth on Exhibit "A" attached hereto. Applicant also seeks reimbursement in the sum of $ 75.00 out of pocket costs and expenses incurred during the Period.

5. At the time of the filing the fee charged did not include charges with stripping the second mortgage, and loss mitigation.

6. To date my office has spent approximately 11.4 hours working on and performed the following services outlined on Exhibit "A"

7. The total amount of fees far exceeds the amount being sought herein; Your Applicant is limiting its application for fees and services rendered.

8. The applicant seeks compensation for services rendered in the amount of $3,694.00, payable through the Chapter 13 plan as administrative priority.

WHEREFORE the Applicant respectfully requests compensation for professional services rendered during the Period in the amount of $3,694.00.

Dated: Spring Valley, NY  
March 5, 2010

/s/ Joshua N. Bleichman  
Joshua N. Bleichman  
268 Route 59 West  
Spring Valley, NY 10977  
845-425-2510

## CERTIFICATE OF SERVICE

I, Joshua N. Bleichman, an attorney admitted to practice before this court affirms under the penalties of perjury that I am not a party to this action and that I am over the age of 18 years old. I served the within Chapter 13 Fee Application on March 5, 2010 depositing a true copy thereof by ECF or in a post-paid wrapper, placing it in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York, first class mail, addressed to the following persons:

Carline and Louis Mathieu
4 Carteret Drive
Pomona, NY 10970

Jeffrey L. Sapir-13 – by ECF
As Chapter 13 and 12 Trustee
399 Knollwood Road
Suite 102
White Plains, NY 10603

United States Trustee by ECF
33 Whitehall Street
21st Floor
New York, NY 10004

/s/ Joshua N. Bleichman
Joshua N. Bleichman
268 Route 59 West
Spring Valley, NY 10977
845-425-2510