In Re:
Louis and Carline Mathieu                                    Chapter 13
_____x                             Case # 09-22935

**FEES**

| Date | | Hours | Per Hour | Expenses | Amount |
|---|---|---|---|---|---|
| 6/23/2009 | 2 QWR S Sent to Chase | 2 | 385 00 | | 770 00 |
| 8/6/2009 | motion to avoid lien held by JP Morgan Chase | 1 | 385 00 | | 385 00 |
| 08/24/09 | Amended chapter 13 plan to increase payments | 0 5 | 385 00 | | 192 50 |
| 08/27/09 | reviewed letter regarding escrow payments | 0 2 | 385 00 | | 77 00 |
| 09/01/09 | Loss Mitigation Request | 1 | 385 00 | | 385 00 |
| 10/27/09 | court appearance for confirmation hearing<br>gas tolls and parking | 1 | 385 00 | 25 00 | 385 00 |
| 10/28/09 | Amended Schedule J | 0 2 | 385 00 | | 77 00 |
| 11/05/09 | Amended plan to correct number of payments | 0 3 | 385 00 | | 115 50 |
| 11/06/09 | letter adjourning loss mitigation status conference | 0 2 | 385 00 | | 77 00 |
| 12/04/09 | Reviewed letter regarding loss mitigation status | 0 2 | 385 00 | | 77 00 |
| 12/30/09 | Affidavit from debtors asking to retain tax refund | 0 2 | 385 00 | | 77 00 |
| 01/05/10 | reviewed motion to dismiss by trustee | 0 4 | 385 00 | | 154 00 |
| 01/12/10 | opposition to motion to dismiss | 0 5 | 385 00 | | 192 50 |
| 01/18/10 | affidavit from non debtor for co payment | 0 2 | 385 00 | | 77 00 |
| 01/20/10 | redo motion to reclassify claims by jp Morgan chase | 1 | 385 00 | | 385 00 |
| 01/20/10 | court appearance for confirmation hearing<br>gas tolls and parking | 1 | 385 00 | 25 00 | 385 00 |
| 02/17/10 | court appearance for motion<br>gas tolls and parking | 1 | 385 00 | 25 00 | 385 00 |
| 02/17/10 | proposed order for strip lien motion sent to Judge | 0 5 | 385 00 | | 192 50 |
| | Total | 11 4 | | 75 00 | 3 619 00 |